UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 1:22-cr-16-PB-01 |
| ROBERT CORSON ) | |

INDICTMENT

The Grand Jury Charges:

COUNT ONE
[Possession with the Intent to Distribute Controlled Substances]
[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi) and (b)(1)(A)(viii)]

On or about July 28, 2021, in the District of New Hampshire, the defendant,

ROBERT CORSON,

did knowingly, intentionally and unlawfully possess with the intent to distribute controlled substances, specifically, 40 grams and more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), and 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vi) and (b)(1)(A)(viii).

A TRUE BILL

Dated: February 22, 2022

/s/ Grand Jury Foreperson
Grand Jury Foreperson

JOHN J. FARLEY
United States Attorney


/s/ Jennifer C. Davis
Jennifer C. Davis
Assistant U.S. Attorney

1