UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) No. 1: 22-cr-16-01-PB<br>)<br>ROBERT CORSON )<br>) | |

SUPERSEDING INFORMATION

The United States Attorney Charges:

COUNT ONE
[Unlawful Possession with the Intent to Distribute Controlled Substances]
[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi) and (b)(1)(B)(viii)]

On or about July 28, 2021, in the District of New Hampshire, the defendant,

ROBERT CORSON,

did knowingly, intentionally and unlawfully possess with the intent to distribute controlled substances, specifically, 40 grams and more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), and 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vi) and (b)(1)(B)(viii).

Dated: July 21, 2022

JANE E. YOUNG
United States Attorney

Jennifer C. Davis
Assistant U.S. Attorney